# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Parker, Katharine H. | U.S. District Court, Southern District of New York | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

500 Pearl St.
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (uncompensated) | Trust #1 |
| 2. | Trustee (uncompensated) | Trust #2 |
| 3. | Trustee (uncompensated) (Y) | No longer trustee |
| 4. | Trustee (uncompensated) (Y) | No longer trustee |
| 5. | Trustee (uncompensated) (Y) | No longer trustee |
| 6. | Chair, Disability Law Committee (uncompensated) (Y) | Term as Chair Ended |
| 7. | | |
| 8. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Proskauer Rose LLP Defined Benefit Pension Plan |
| 2. | 2016 | Proskauer Rose LLP Keogh Plan (firm managed asset selection) |
| 3. | 2016 | Proskauer Rose LLP 401(k) Plan |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | NYC Bar Association - wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke/Bolch Judicial Institute | July 12-13, 2018 | D.C. | Conference on discovery/ FRCP | Flight ($200) + Hotel ($239) |
| 2. | The Sedona Conference | May 3-4, 2018 | Nashville, TN | Conference on discovery/ FRCP | Flight (443.85), cabs ($61.68), Hotel ($500 value) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NY 529 Program (H) | | | | | | | | | |
| 2. NY College Savings Program Conservative Growth Portfolio (Y) | | | | | Closed | 01/05/18 | | | Tuition payment |
| 3. NY 529 Program (H) | | | | | | | | | |
| 4. NY College Savings Program, Conservative Income Portfolio (age based) | A | Int./Div. | L | T | Distributed (part) | 06/25/18 | J | | Tuition payment |
| 5. | | | | | Distributed (part) | 07/11/18 | J | | Tuition payment |
| 6. | | | | | Distributed (part) | 07/16/18 | J | | Tuition payment |
| 7. | | | | | Distributed (part) | 12/24/18 | K | | Tuition payment |
| 8. 401(k) (H) | | | | | | | | | |
| 9. American Funds 2030 Target Date Retirement Fund Class R-6 (Y) | | | | | | | | | |
| 10. Retirement Savings Plan (H) (Y) | | | | | | | | | |
| 11. NON4OOZX6 (Y) | | | | | | | | | |
| 12. OJKB (Y) | | | | | | | | | |
| 13. OJKC (Y) | | | | | | | | | |
| 14. IRA (H) | | | | | | | | | |
| 15. BNY Mellon Cash | A | Interest | J | T | | | | | |
| 16. US Bank Cash | A | Interest | J | T | | | | | |
| 17. CORE | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AGG | B | Dividend | K | T | | | | | |
| 19. ALFA | A | Dividend | K | T | | | | | |
| 20. BJBHX | A | Dividend | J | T | | | | | |
| 21. ECON | A | Dividend | K | T | | | | | |
| 22. GOOG | A | Dividend | K | T | | | | | |
| 23. GOOGL | A | Dividend | J | T | Buy (add'l) | 12/27/18 | J | | |
| 24. NCR | A | Dividend | L | T | | | | | |
| 25. VT | A | Dividend | M | T | Buy (add'l) | 02/09/18 | K | | |
| 26. MSFT | B | Dividend | L | T | | | | | |
| 27. AMZN | C | Dividend | L | T | Buy (add'l) | 05/15/18 | K | | |
| 28. Stock Account (H) | | | | | | | | | |
| 29. Fidelity FCASH account | A | Interest | K | T | | | | | |
| 30. AAGPX | B | Dividend | K | T | | | | | |
| 31. AAPL (Y) | | | | | | | | | |
| 32. AAPL | A | Dividend | L | T | Buy (add'l) | 05/15/18 | K | | |
| 33. | | | | | Buy (add'l) | 02/09/18 | K | | |
| 34. ABBV | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ABT | A | Dividend | K | T | | | | | |
| 36. ACMVX | C | Dividend | K | T | | | | | |
| 37. BJBHX | A | Dividend | J | T | | | | | |
| 38. CAMOX | A | Dividend | J | T | | | | | |
| 39. CHTR | A | Dividend | J | T | | | | | |
| 40. CSCO | A | Dividend | J | T | | | | | |
| 41. DAL | A | Dividend | J | T | | | | | |
| 42. DIS | B | Dividend | K | T | | | | | |
| 43. EFA | A | Dividend | K | T | | | | | |
| 44. ETSY | A | Dividend | J | T | | | | | |
| 45. EXWAX (Y) | A | Dividend | J | T | Merged (with line 68) | 09/24/18 | J | | merger into MNOSX |
| 46. FB (Y) | | | | | | | | | |
| 47. FDRXX | A | Dividend | J | T | | | | | |
| 48. FLCSX | C | Dividend | J | T | | | | | |
| 49. FTBFX | A | Dividend | J | T | | | | | |
| 50. FTHRX | A | Dividend | J | T | | | | | |
| 51. IBM | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IWM | A | Dividend | K | T | | | | | |
| 53. JAVLX (Y) | D | Dividend | L | T | Merged (with line 67) | 01/01/18 | L | | Merged with J ACTX 5/1/17* |
| 54. KO | A | Dividend | J | T | | | | | |
| 55. NNTWX | C | Dividend | K | T | | | | | |
| 56. OAKIX | B | Dividend | K | T | | | | | |
| 57. PFE | D | Dividend | M | T | | | | | |
| 58. PTSGX | D | Dividend | K | T | | | | | |
| 59. TIME (Y) | A | Dividend | J | T | Distributed | 02/02/18 | J | | merger payout |
| 60. TWX (Y) | A | Dividend | J | T | Merged (with line 69) | 06/18/18 | J | | purchase by ATT |
| 61. TWX (Y) | | | | | Merged (with line 70) | 06/15/18 | J | | purchase by ATT |
| 62. VWO | A | Dividend | J | T | | | | | |
| 63. Nokia | C | Dividend | J | | | | | | Mistake from last year |
| 64. AbbVie Inc. (Y) | A | Dividend | J | T | Donated | 11/28/18 | J | | To Charitable Giving Act |
| 65. HRL | B | Dividend | J | T | | | | | |
| 66. HAIDX | C | Dividend | L | T | | | | | |
| 67. JACTX | D | Dividend | L | T | Buy | 01/01/18 | J | | See line 53 |
| 68. MNOSX | A | Dividend | J | T | Buy | 09/24/18 | J | | See line 45 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T1 | B | Dividend | J | T | Buy | 06/15/18 | J | | ATT purchase of Time Warne |
| 70. T | | | | | Buy | 06/18/18 | J | | ATT purchase of Time Warne |
| 71. NKE | A | Dividend | J | T | Buy | 09/06/18 | K | | |
| 72. UTMA Account (H) (Y) | | | | | | | | | |
| 73. FCASH (Y) | | | | | | | | | |
| 74. AAPL (Y) | | | | | | | | | |
| 75. ARWR (Y) | | | | | | | | | |
| 76. CCXI (Y) | | | | | | | | | |
| 77. GOOG (Y) | | | | | | | | | |
| 78. VZ (Y) | | | | | | | | | |
| 79. Ziopharm (Y) | | | | | | | | | |
| 80. INTC (Y) | | | | | | | | | |
| 81. LMT (Y) | | | | | | | | | |
| 82. Trust #1 - Mass Mutual whole life | B | Dividend | M | T | | | | | |
| 83. Trust #2 - Athena whole life | E | Dividend | N | T | | | | | |
| 84. Trust #3 (H) (Y0 | | | | | | | | | |
| 85. MCFina Co., Inc.* and MCFina Corp. Sales, Inc. (Y) | | | | | | | | | No longer trustee |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Business Property Long Island City, NY (Y) | | | | | | | | | |
| 87. Arrowhead Parcels 2005, LLC (Y) | | | | | | | | | |
| 88. Nebraska Dining, LLC (Y) | | | | | | | | | |
| 89. Snapdragon Royalties, LLC (Y) | | | | | | | | | |
| 90. Arrowhead Parcels 2005, LLC (Y) | | | | | | | | | |
| 91. Arrowhead Mall 2005 LLC (Y) | | | | | | | | | |
| 92. Apple Blossom Royalties, LLC (Y) | | | | | | | | | |
| 93. Dahlia Royalties, LLC (Y) | | | | | | | | | |
| 94. Sunflower Royalties, LLC (Y) | | | | | | | | | |
| 95. JP Morgan Cash Account (correction from Morgan Stanley) (Y) | | | | | | | | | |
| 96. Trust #4 (H) (Y) | | | | | | | | | No longer trustee |
| 97. MCFina Co. Inc. and MCFina Corporate Sales, Inc. (Y) | | | | | | | | | |
| 98. Trust #5 (H) (Y) | | | | | | | | | No longer trustee |
| 99. MCFina Co., Inc. and MCFina Corporate Sales, Inc. (Y) | | | | | | | | | |
| 100. 401(k) (H) | | | | | | | | | |
| 101. Dodge & Cox Stock | F | Dividend | O | T | | | | | |
| 102. Goldman Sachs Small Cap Value Inst'l | E | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Keogh (H) | | | | | | | | | |
| 104. Dodge & Cox Stock | F | Dividend | N | T | | | | | |
| 105. Dodge & Cox Int'l Stock | D | Dividend | M | T | | | | | |
| 106. Dodge & Cox Balanced | D | Dividend | N | T | | | | | |
| 107. Proskauer Rose LLP Capital Account (Y) | | | | | | | | | |
| 108. ML Edge UTMA #2 | | | | | | | | | |
| 109. ML Edge UTMA Cash | A | Interest | J | T | | | | | |
| 110. AAPL (same stock; correction to symbol) | A | Dividend | J | T | | | | | |
| 111. CLNE (same stock; correction to symbol) | A | Dividend | J | T | | | | | |
| 112. F (same stock; correction to symbol) | A | Dividend | J | T | | | | | |
| 113. D | A | Dividend | J | T | | | | | |
| 114. PM | A | Dividend | J | T | | | | | |
| 115. TSLA | A | Dividend | J | T | Buy | 01/30/18 | J | | |
| 116. Joint Account (H) | | | | | | | | | |
| 117. SPDR S&P 500 ETF Trust | B | Dividend | L | T | | | | | |
| 118. 401(K) (H) | | | | | | | | | |
| 119. CREF Growth R! | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TIAA Access Mid-Cap Value Fund T4 | A | Dividend | J | T | | | | | |
| 121. TIAA Access Int'n Equity Fund T4 | A | Dividend | J | T | | | | | |
| 122. TIAA-CREF Lifecycle Index 2030 Fund Institutional Class | D | Dividend | L | T | | | | | |
| 123. CREF Infl-Linked Bond RI | A | Dividend | J | T | | | | | |
| 124. TIAA Real Estate | A | Dividend | J | T | | | | | |
| 125. TIAA Access Social Choice Equity Fund T4 | A | Dividend | J | T | | | | | |
| 126. CREF Social Choice RI | A | Dividend | J | T | | | | | |
| 127. TIAA Traditional | A | Dividend | J | T | | | | | |
| 128. IRA (ROLLOVER) (H) | B | Distribution | L | T | | | | | |
| 129. Gugg S&P 500 | B | Dividend | K | T | | | | | |
| 130. Schb | B | Dividend | L | T | | | | | |
| 131. VBK | B | Dividend | K | T | | | | | |
| 132. TRBCX | B | Dividend | K | T | | | | | |
| 133. Trust #6 - Mass Mutual whole life | B | Dividend | L | T | | | | | |
| 134. JPMC Cash | D | Interest | L | T | | | | | |
| 135. 401(k) (H) | | | | | | | | | |
| 136. American Funds 2030 Trgt. Date Retire R6 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Long- and/or short-term capital gains, if any, are also reflected in column B2; however, the drop down menu did not allow for this specificity.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Katharine H. Parker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544